AO 442 (Rev. 11/11) Arrest Warrant

11698840

# UNITED STATES DISTRICT COURT
for the
District of Nevada

REC'D USMS D/NV
2024 JUL 26 AM 09:18

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-mj-00629-BNW |
| IDRISS QIBAA | ) | |
| Defendant | ) | |

FILED ✓
ENTERED ___
RECEIVED ___
SERVED ON ___
COUNSEL/PARTIES OF RECORD
JUL 29 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: MKM   DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* IDRISS QIBAA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) – Interstate Communications

Date: 07/25/2024

*Issuing officer's signature*

City and state: Las Vegas, Nevada

Hon. Brenda N. Weksler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/26/2024, and the person was arrested on *(date)* 7/29/2024
at *(city and state)* LAS VEGAS, NV.

Date: 7/29/24

PT
*Arresting officer's signature*

FOR FBI
*Printed name and title*